# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., INC RESEARCH, LLC, et al., <br><br> Defendants. | C.A. No. 18-073 (LPS) <br> **CONSOLIDATED** <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> **PUBLIC - REDACTED VERSION** |

## CORRESPONDENCE TO THE HONORABLE LEONARD P. STARK

Of Counsel:

Robert Schuler
Lorraine Hernández
KEGLER BROWN HILL + RITTER
65 East State Street, Suite 1800
Columbus, OH 43215
(614) 462-5400
rschuler@keglerbrown.com
lhernandez@keglerbrown.com

Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant INC Research, LLC*

Dated: June 28, 2018



Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

June 28, 2018

**VIA E-FILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

**PUBLIC - REDACTED VERSION**

Re: *Adverio Pharma GMBH v. Alembic Pharmaceuticals Limited, et al.,*
    C.A. No. 18-73-LPS-CONSOLIDATED

Chief Judge Stark:

During the hearing on Defendant INC Research, LLC's Motion to Dismiss on June 19, 2018, the Court asked hypothetical questions regarding the nature of the contractual relationship between Defendant INC Research and Defendant Alembic Pharmaceuticals Limited. During oral argument, counsel for Defendant INC Research offered to provide copies of the agreement at issue to both Plaintiff's counsel and the Court to the extent that the Court viewed the content of the agreement relevant to the issues raised in the pending Rule 12(b)(6) motion. In response the Court indicated that INC Research was free to produce copies of the agreement, but that the Court was not ordering the same.

By separate cover letter this same day, Defendant INC Research has provided a copy of the controlling agreement to Meg. E. Fasulo, counsel for Plaintiffs in the above captioned action. However, Defendant INC Research has decided not to provide a copy of the underlying agreement to the Court to avoid any argument that the pending Rule 12(b)(6) motion should be converted into a Rule 56 motion pursuant to Rule 12(d). Should the Court determine that production of such agreement is necessary to rule on the pending motion, Defendant INC research will of course produce a copy of the agreement to the Court as well.

Respectfully,

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (I.D. #3726)

cc:   All counsel of record (via electronic mail)