IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-73-LPS <br> **CONSOLIDATED** |

## PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE FROM DRS. ROTELLA AND SCHEIDT

Pursuant to Federal Rule of Evidence 702, Plaintiffs Adverio Pharma GmbH, Bayer AG, and Bayer Healthcare Pharmaceuticals Inc. (Bayer) move to exclude opinions of Defendants' invalidity experts Drs. Rotella and Scheidt. The grounds for this motion are set forth in Bayer's Opening Brief and supporting papers, filed herewith.

<table>
<tr><td>

OF COUNSEL:

J. Scott McBride
Nevin M. Gewertz
Rebecca T. Horwitz
Dawson Robinson
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
(303) 592-3100

October 16, 2020

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*
*Adverio Pharma GmbH, Bayer AG, and*
*Bayer HealthCare Pharmaceuticals Inc.*

</td></tr>
</table>

## 7.1.1 CERTIFICATION

I hereby certify that counsel for the parties, including Delaware counsel, discussed the subject of the foregoing motion and that we have not been able to reach agreement.

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 16, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David Fry, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants MSN Laboratories Private Limited*<br>*and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Elizabeth J. Holland, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eight Avenue<br>New York, NY  10018<br>*Attorneys for Defendants MSN Laboratories*<br>*Private Limited and MSN Pharmaceuticals*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| Elaine H. Blais, Esquire<br>John T. Bennett, Esquire<br>Srikanth K. Reddy, Esquire<br>Joshua Weinger, Esquire<br>Eric T. Romeo, Esquire<br>Kathleen McGuinness, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>*Attorneys for Defendants MSN Laboratories Private Limited*<br>*and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

2

Madeline R. DiLascia, Esquire  VIA ELECTRONIC MAIL
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC  20036
*Attorneys for Defendants MSN Laboratories Private Limited*
*and MSN Pharmaceuticals Inc.*

           */s/ Jeremy A. Tigan*

           Jeremy A. Tigan (#5239)