IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-73-LPS <br> **CONSOLIDATED** |

### JOINT STATUS REPORT

Pursuant to the Court's Order dated October 19, 2020 (D.I. 165), the parties provide the following joint status report regarding this consolidated case:

1. Bayer proposes 25 hours total trial time, evenly divided (12.5 hours per side), which Bayer believes is sufficient for this one-patent case where the only issue is invalidity/unenforceability. Bayer further requests this time be allocated across December 14, 15, 16, 17, and 18 to help accommodate the time-zone differences for European witness.

2. MSN proposes 45 hours total trial time, inclusive of deposition designations, evenly divided (22.5 hours per side). Given the number of inventors, the need to present deposition testimony from a number of witnesses who will not appear at trial, the uncertainly regarding availability of witnesses that Bayer hopes to bring to trial, and delays that may occur due to the remote nature of the trial, MSN believes that additional time is required to fully present the facts to the Court. MSN is flexible with regard to when and how this time is allocated across the dates provided by the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | John W. Shaw (Bar No. 3362)<br>Karen E. Keller (Bar No. 4489)<br>Nathan R. Hoeschen (Bar No. 6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs*<br>*Adverio Pharma GmbH, Bayer AG, and*<br>*Bayer HealthCare Pharmaceuticals Inc.* | *Attorneys for Defendants MSN Laboratories*<br>*Private Limited and MSN Pharmaceuticals Inc.* |

October 21, 2020