

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

November 13, 2020

**BY CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Adverio Pharma GmbH, et al. v. MSN Laboratories Private Limited, et al.*,
         C.A. No. 18-73-LPS

Dear Judge Stark:

     MSN just received Plaintiffs' letter [D.I. 188]. This letter raises a number of issues, none of which were the subject of a meet and confer. MSN intends to respond to Plaintiffs' letter on Monday, November 16, 2020, and requests that the Court please wait to receive our response before acting on Plaintiffs' letter.

                                      Respectfully submitted,

                                        */s/ Nathan R. Hoeschen*

                                        Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (by hand delivery)
         All counsel of record (by CM/ECF and e-mail)