# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jeremy A. Tigan**
302 351 9106
jtigan@mnat.com

December 1, 2020

The Honorable Leonard P. Stark     *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Adverio Pharma GmbH, et al. v. MSN Laboratories Private Limited, et al.*
            C.A. No. 18-073 (LPS)

Dear Chief Judge Stark:

      The following dial-in number may be used to access the December 2, 2020 pretrial conference set for 4:00 p.m. (D.I. 154).

      Dial-in: (646) 558-8656

      Meeting ID: 258 606 9148

      Passcode: 685162

                                      Respectfully,

                                      */s/ Jeremy A. Tigan*

                                      Jeremy A. Tigan (#5239)

JAT:lo
cc:     All Counsel of Record (*via CM/ECF and email*)